# United States District Court

SOUTHERN DISTRICT OF FLORIDA

PG&C LEASING, INC., a Florida corporation, and FORT LAUDERDALE NETWORK, INC., a Florida Corporation,

    Plaintiffs,

VS.

MULTICREDIT, INC., a Florida corporation, AMERICAN MULTICREDIT COMPANY, INC., a Florida corporation, MULTICREDIT, S.A., a Republic of Guatemala corporation, CONSTRUBANCO, a financial institution pursuant to the laws of the Republic of Guatemala, SOUTHBANKandTRUST LTD., a financial institution pursuant to the laws of Montserrat, BWI, BANCO ATLANTICO, a financial institution pursant to the laws of Spain, BANK OF AMERICA d/b/a NATIONSBANK, a financial instution chartered in Florida, BANCO DE GUATEMALA, JUAN deDIOS REYES, ESTUARDO BENAVIDES a/k/a STUART BENAVIDES, LUIS R. COBAR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6095 CIV-SEITZ

TO: (Name and address of defendant)

Juan de Dios Reyes
Republic of Guatemala

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
USA

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE: JAN 2 0 2000