UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION



CASE NO.00-6095-CIV-SEITZ/GARBER

PG&C LEASING, INC., a Florida
Corporation and FORT
LAUDERDALE NETWORK, INC.,
a Florida Corporation,

        Plaintiffs,

vs.

MULTICREDIT, INC., a Florida
corporation, *et al.*,

        Defendants.
_____/

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION

THIS MATTER came before the Court *sua sponte*. After a review of the Complaint, the Court questions whether it has jurisdiction in this diversity action where both Plaintiffs are Florida corporations and at least two defendants are Florida corporations. Accordingly, it is hereby

ORDERED that the Plaintiff shall SHOW CAUSE why this Complaint should not be dismissed for lack of jurisdiction **no later than February 7, 2000.**

DONE AND ORDERED in Miami, Florida, this 26th day of January, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies provided:

John C. Rayson, Esq.