UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 00-6095-CIV-SEITZ/GARBER



PG&C LEASING, INC., a Florida
corporation and FORT
LAUDERDALE NETWORK, INC.,
a Florida corporation,

   Plaintiffs,

vs.

MULTICREDIT, INC., a Florida
corporation, et al.,

   Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL
### AS TO DEFENDANT AMERICAN MULTICREDIT COMPANY, INC.

TO: AMERICAN MULTICREDIT COMPANY, INC.
  Richard Blinderman, Registered Agent
  C/O Sparber Kosnitzy
  100 SE 2nd Ave., #2800
  Miami, FL 33131-1502

YOU ARE NOTIFIED that Plaintiffs dismiss this action without prejudice as to

MULTICREDIT, INC. pursuant to Rule 41(a), Federal Rules of Civil Procedure.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was furnished

to the above-named party and to all other parties via U.S. Mail according to the attached Service

1

Schedule, on February 7, 2000.

                                                  LAW OFFICES OF JOHN C. RAYSON
                                                  2400 East Oakland Park Blvd.
                                                  Fort Lauderdale, FL 33306
                                                  (954) 566-8855
                                                  (954) 566-8902 (facsimile)

                                                  By: _____
                                                      John C. Rayson, Esq.
                                                      Florida Bar No. 204153

PG&C LEASING, INC., et. al.
vs.
MULTICREDIT, INC., et. al.
Case No.: 00-6095

## SERVICE SCHEDULE

Richard Blinderman, Registered Agent, American Multicredit Company, Inc.
c/o Sparber Kosnitzy
100 SE 2nd Ave., #2800
Miami, FL 33131-1502

Carlos Concepcion, Registered Agent, Multicredit, Inc.
999 Ponce De Leon Suite 1015
Coral Gables, FL 33135

Bank of America d/b/a Nationsbank
1425 NE 62nd St.
Fort Lauderdale, FL 33308

Luis Roberto Cobar
8249 NW 36th St.
Miami, FL 33166

Estuardo Benavides a/k/a Stuart Benavides
8249 NW 36th St., Suite 206
Miami, FL 33166

Banco de Guatemala
7a. Av. 22-01
zona 1
Guatemala, C.A.

Banco Atlantico
Avda.Diagonal 407bis-0800
Barcelona, Spain

Construbanco
4a.Ave. 4-80, Locales 3 y 4
Municipo de Villa Nueva
Guatemala, C.A.

Multicredit, S.A.
12 Calle 6-70, Zona 10
Guatemala, C.A.