UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION



CASE NO. 00-6095-CIV-SEITZ/GARBER



PG&C LEASING, INC., a Florida
corporation and FORT
LAUDERDALE NETWORK, INC.,
a Florida corporation,

        Plaintiffs,

vs.

MULTICREDIT, INC., a Florida
corporation, et al.,

        Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT MULTICREDIT, INC

TO: MULTICREDIT, INC.
    C/O Carlos Concepcion, Registered Agent
    999 Ponce De Leon, Suite 1015
    Coral Gables, FL 33135

YOU ARE NOTIFIED that Plaintiffs dismiss this action without prejudice as to

MULTICREDIT, INC. pursuant to Rule 41(a), Federal Rules of Civil Procedure.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was furnished

to the above-named party via facsimile, (305) 448-5366, and U.S. Mail and to all other parties via

U.S. Mail according to the attached Service Schedule, on February 7, 2000.

                                                 LAW OFFICES OF JOHN C. RAYSON
                                                 2400 East Oakland Park Blvd.
                                                 Fort Lauderdale, FL 33306
                                                 (954) 566-8855
                                                 (954) 566-8902 (facsimile)

                                               By: _____
                                                   John C. Rayson, Esq.
                                                   Florida Bar No. 204153

PG&C LEASING, INC., et. al.
vs.
MULTICREDIT, INC., et. al.
Case No.: 00-6095

## SERVICE SCHEDULE

Richard Blinderman, Registered Agent, American Multicredit Company, Inc.
c/o Sparber Kosnitzy
100 SE 2nd Ave., #2800
Miami, FL 33131-1502

Carlos Concepcion, Registered Agent, Multicredit, Inc.
999 Ponce De Leon Suite 1015
Coral Gables, FL 33135

Bank of America d/b/a Nationsbank
1425 NE 62nd St.
Fort Lauderdale, FL 33308

Luis Roberto Cobar
8249 NW 36th St.
Miami, FL 33166

Estuardo Benavides a/k/a Stuart Benavides
8249 NW 36th St., Suite 206
Miami, FL 33166

Banco de Guatemala
7a. Av. 22-01
zona 1
Guatemala, C.A.

Banco Atlantico
Avda.Diagonal 407bis-0800
Barcelona, Spain

Construbanco
4a.Ave. 4-80, Locales 3 y 4
Municipo de Villa Nueva
Guatemala, C.A.

Multicredit, S.A.
12 Calle 6-70, Zona 10
Guatemala, C.A.