UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO.: 00-6095-CIV-SEITZ/GARBER

PG&C LEASING, INC., a Florida corporation,
and FORT LAUDERDALE NETWORK, INC.,
a Florida corporation,
    Plaintiffs,
vs.
MULTICREDIT, INC., a Florida corporation,
et. al.,
    Defendants.
_____/

## NOTICE OF FILING

COMES NOW, Plaintiffs, PG& LEASING, INC., and FORT LAUDERDALE NETWORK, INC., and file notice of returns of service of complaint on the following Defendants in the cause:

    Bank of America, American Multicredit Company, Inc.

The original returns of service are attached.

Dated this ___7___ day of February, 2000.

                        LAW OFFICES OF JOHN C. RAYSON
                        Attorney for Plaintiff
                        Second Floor
                        2400 E. Oakland Park Blvd.
                        Fort Lauderdale, FL 33306
                        954-566-8855
                        954-566-8902(fax)

By: _____
      JOHN C. RAYSON
      Florida Bar No.: 204153