## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 1-31-00 |
| NAME OF SERVER (PRINT) Ronald Harper 781 | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Registered Agent
Served personally upon the defendant. Place where served: 100 S.E. 2nd Ave #2800 Miami, Fl.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-31-00
Date

Signature of Server: Ronald Harper

Address of Server: 408 S. Andrews Ave #205
Ft. Lauderdale, Fl. 33301.

[rotated handwritten notes:]
Miami, Fl.
Suite 2800
100 SE 2nd Ave
c/o Spektor Koshnitsky
305-535-8448

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

#18
HA