UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 00-6095-CIV-SEITZ/GARBER



PG&C LEASING, INC., a Florida
corporation and FORT
LAUDERDALE NETWORK, INC.,
a Florida corporation,

       Plaintiffs,

vs.

MULTICREDIT, INC., a Florida
corporation, *et al.*,

       Defendants.
_____/

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
## WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION

COME NOW the Plaintiffs, by and through undersigned counsel, and files their response to this Court's Order to Show Cause Why Case Should Not Be Dismissed For Lack Of Jurisdiction and state as follows:

1. In its Order of January 26, 2000, this Court questioned whether diversity jurisdiction exists where both Plaintiffs and two defendants are Florida corporations.

2. Plaintiffs concede that diversity jurisdiction did not exist at the time of filing. Therefore, Plaintiffs filed a Notice of Voluntary Dismissal as to the two Florida defendants, which are subsidiaries of Defendant MULTICREDIT, S.A., a Guatemalan corporation. Copies of the Notices are attached hereto.

#19
#1

3. With the voluntary dismissal of the two Florida defendants, complete diversity exists in this action.

                              LAW OFFICES OF JOHN C. RAYSON
                              2400 East Oakland Park Blvd.
                              Fort Lauderdale, FL 33306
                              (954) 566-8855
                              (954) 566-8902 (facsimile)

                              By: _____
                                 John C. Rayson, Esq.
                                 Florida Bar No. 204153

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 00-6095-CIV-SEITZ/GARBER

PG&C LEASING, INC., a Florida
corporation and FORT
LAUDERDALE NETWORK, INC.,
a Florida corporation,

        Plaintiffs,

vs.

MULTICREDIT, INC., a Florida
corporation, et al.,

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT MULTICREDIT, INC.

TO: MULTICREDIT, INC.
    C/O Carlos Concepcion, Registered Agent
    999 Ponce De Leon, Suite 1015
    Coral Gables, FL 33135

YOU ARE NOTIFIED that Plaintiffs dismiss this action without prejudice as to MULTICREDIT, INC. pursuant to Rule 41(a), Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was furnished to the above-named party via facsimile, (305) 448-5366, and U.S. Mail and to all other parties via

1

U.S. Mail according to the attached Service Schedule.

                                          LAW OFFICES OF JOHN C. RAYSON
                                          2400 East Oakland Park Blvd.
                                          Fort Lauderdale, FL 33306
                                          (954) 566-8855
                                          (954) 566-8902 (facsimile)

                                          By: _____, for
                                          John C. Rayson, Esq.
                                          Florida Bar No. 204153

PG&C LEASING, INC., et. al.
vs.
MULTICREDIT, INC., et. al.
Case No.: 00-6095

## SERVICE SCHEDULE

Richard Blinderman, Registered Agent, American Multicredit Company, Inc.
c/o Sparber Kosnitzy
100 SE 2nd Ave., #2800
Miami, FL 33131-1502

Carlos Concepcion, Registered Agent, Multicredit, Inc.
999 Ponce De Leon Suite 1015
Coral Gables, FL 33135

Bank of America d/b/a Nationsbank
1425 NE 62nd St.
Fort Lauderdale, FL 33308

Luis Roberto Cobar
8249 NW 36th St.
Miami, FL 33166

Estuardo Benavides a/k/a Stuart Benavides
8249 NW 36th St., Suite 206
Miami, FL 33166

Banco de Guatemala
7a. Av. 22-01
zona 1
Guatemala, C.A.

Banco Atlantico
Avda.Diagonal 407bis-0800
Barcelona, Spain

Construbanco
4a.Ave. 4-80, Locales 3 y 4
Municipo de Villa Nueva
Guatemala, C.A.

Multicredit, S.A.
12 Calle 6-70, Zona 10
Guatemala, C.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 00-6095-CIV-SEITZ/GARBER

PG&C LEASING, INC., a Florida
corporation and FORT
LAUDERDALE NETWORK, INC.,
a Florida corporation,

        Plaintiffs,

vs.

MULTICREDIT, INC., a Florida
corporation, *et al.*,

        Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL
### AS TO DEFENDANT AMERICAN MULTICREDIT COMPANY, INC.

TO: AMERICAN MULTICREDIT COMPANY, INC.
    Richard Blinderman, Registered Agent
    C/O Sparber Kosnitzy
    100 SE 2nd Ave., #2800
    Miami, FL 33131-1502

YOU ARE NOTIFIED that Plaintiffs dismiss this action without prejudice as to MULTICREDIT, INC. pursuant to Rule 41(a), Federal Rules of Civil Procedure.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was furnished to the above-named party and to all other parties via U.S. Mail according to the attached Service

1

Schedule, on February 7, 2000.

> LAW OFFICES OF JOHN C. RAYSON
> 2400 East Oakland Park Blvd.
> Fort Lauderdale, FL 33306
> (954) 566-8855
> (954) 566-8902 (facsimile)
>
> By: _____
> John C. Rayson, Esq.
> Florida Bar No. 204153

2

PG&C LEASING, INC., et. al.
vs.
MULTICREDIT, INC., et. al.
Case No.: 00-6095

## SERVICE SCHEDULE

Richard Blinderman, Registered Agent, American Multicredit Company, Inc.
c/o Sparber Kosnitzy
100 SE 2nd Ave., #2800
Miami, FL 33131-1502

Carlos Concepcion, Registered Agent, Multicredit, Inc.
999 Ponce De Leon Suite 1015
Coral Gables, FL 33135

Bank of America d/b/a Nationsbank
1425 NE 62nd St.
Fort Lauderdale, FL 33308

Luis Roberto Cobar
8249 NW 36th St.
Miami, FL 33166

Estuardo Benavides a/k/a Stuart Benavides
8249 NW 36th St., Suite 206
Miami, FL 33166

Banco de Guatemala
7a. Av. 22-01
zona 1
Guatemala, C.A.

Banco Atlantico
Avda.Diagonal 407bis-0800
Barcelona, Spain

Construbanco
4a.Ave. 4-80, Locales 3 y 4
Municipo de Villa Nueva
Guatemala, C.A.

Multicredit, S.A.
12 Calle 6-70, Zona 10
Guatemala, C.A.