United States District Court
Southern District of Florida

CASE NO. 00-6095 SEITZ

PG&C Leasing Inc, et al

Plaintiff(s),

vs.

Multicredit Inc, et al

Defendant(s).

AFFIDAVIT OF LOST CIVIL ACTION SUMMONS
FOR  Multicredit Inc.

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared John Van Steenkiste, who upon being first duly sworn, deposes and says:

1. That I am John Van Steenkiste, certified process server in the above captioned matter.

2. That the original 20 day Civil Action Summons was issued by this Court and has been inadvertently lost, misplaced, or destroyed and cannot be refiled with the Court.

3. That this Affidavit is given in order to obtain additional original papers from the Court so that this matter may proceed to final judgement.

4. Further Affiant sayeth not.

JOHN VAN STEENKISTE

The foregoing instrument was acknowledged before me this 3 day of Jan, 2000 by John Van Steenkiste who is personally known to me.

Notary Public

Georgia Isaac
MY COMMISSION # CC650792 EXPIRES
August 24, 2001
BONDED THRU TROY FAIN INSURANCE, INC.

Georgia Isaac
Typed Name of Notary Public

My commission expires: August 24, 2001