

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 00-6095-CIV-SEITZ/GARBER

PG&C LEASING, INC., a Florida
Corporation and FORT
LAUDERDALE NETWORK, INC.,
a Florida Corporation,

        Plaintiffs,

vs.

MULTICREDIT, INC., a Florida
corporation, *et al.*,

        Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS AMERICAN MULTICREDIT COMPANY, INC. AND MULTICREDIT, INC.

THIS MATTER came before the Court on the Notices Of Voluntary Dismissal with respect to American Multicredit Company, Inc. and Multicredit, Inc., filed February 7, 2000.

THE COURT has considered the above referenced Notices and the pertinent portions of the record and is otherwise fully advised. It is hereby

ORDERED that the claims against Defendants American Multicredit Company, Inc. and Multicredit, Inc., are DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Miami, Florida, this __15th__ day of February, 2000.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

Copies provided:
Attached Service List
John C. Rayson, Esq.

PG&C LEASING, INC., et. al.
vs.
MULTICREDIT, INC., et. al.
Case No.: 00-6095

### SERVICE SCHEDULE

Richard Blinderman, Registered Agent, American Multicredit Company, Inc.
c/o Sparber Kosnitzy
100 SE 2nd Ave., #2800
Miami, FL 33131-1502

Carlos Concepcion, Registered Agent, Multicredit, Inc.
999 Ponce De Leon Suite 1015
Coral Gables, FL 33135

Bank of America d/b/a Nationsbank
1425 NE 62nd St.
Fort Lauderdale, FL 33308

Luis Roberto Cobar
8249 NW 36th St.
Miami, FL 33166

Estuardo Benavides a/k/a Stuart Benavides
8249 NW 36th St., Suite 206
Miami, FL 33166

Banco de Guatemala
7a. Av. 22-01
zona 1
Guatemala, C.A.

Banco Atlantico
Avda.Diagonal 407bis-0800
Barcelona, Spain

Construbanco
4a.Ave. 4-80, Locales 3 y 4
Municipo de Villa Nueva
Guatemala, C.A.

Multicredit, S.A.
12 Calle 6-70, Zona 10
Guatemala, C.A.