UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 00-6095-CIV-SEITZ/GARBER

FILED BY _____ D.C.

2000 FEB 24 PM 3:27

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

PG&C LEASING, INC., a Florida corporation,
and FORT LAUDERDALE NETWORK, INC.,
a Florida corporation,

        Plaintiffs,

vs.

MULTICREDIT, S.A., a corporation
incorporated under the laws of the
Republic of Guatemala, CONSTRUBANCO,
a financial institution pursuant to the laws of the
Republic of Guatemala, SOUTH BANK AND
TRUST LIMITED, a financial institution
pursuant to the laws of Montserrat, B.W.I.,
BANCO ATLANTICO, a financial institution
pursuant to the laws of Spain, BANK OF AMERICA,
N.A. d/b/a NATIONSBANK, a North Carolina
corporation, BANCO DE GUATEMALA, a financial
institution pursuant to the laws of the Republic of
Guatemala, JUAN de DIOS REYES, an individual,
ESTUARDO BENAVIDES, a/k/a STUART
BENAVIDES, an individual, and LUIS R. COBAR,
an individual,

        Defendants
_____/

## NOTICE OF VOLUNTARY DISMISSAL

TO: BANK OF AMERICA, N.A. d/b/a NATIONSBANK, N.A.
    C/O LIEBLER, GONZALEZ & PORTUONDO, P.A.
    NationsBank Tower - 37th Floor
    100 Southeast Second Street
    Miami, Florida 33131

1

TO: MULTICREDIT, S.A.
  12 Calle 6-70, Zona 10
  Guatemala, C.A.

TO: LUIS ROBERTO COBAR
  8249 NW 36th Street, Suite 206
  Miami, FL 33166

TO: ESTUARDO BENAVIDES a/k/a STUART BENAVIDES
  8249 NW 36th Street, Suite 206
  Miami, FL 33166

TO: BANCO DE GUATEMALA
  7a. Av. 22 -01
  Zona 1
  Guatemala, C.A. 365

TO: BANCO ATLANTICO
  Avda Diagonal
  407 bis - 08008
  Barcelona, Spain

TO: CONSTRUBANCO
  4a. Ave. 4-80, Locales 3 y 4
  Municipio de Villa Nueva
  Guatemala C.A.

TO: SOUTH BANK AND TRUST LTD.
  Montserrat, BWI

TO: JUAN DE DIOS REYES
  4a. Ave. 4-80, Locales 3 y 4
  Municipio de Villa Nueva
  Guatemala C.A.

**YOU ARE NOTIFIED** that the plaintiffs hereby dismiss this action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was furnished by mail to the defendants at the addresses listed above on February 22nd, 2000.

> LAW OFFICES OF JOHN C. RAYSON
> 2400 East Oakland Park Blvd.
> Fort Lauderdale, FL 33306
> (954) 566-8855
> (954) 566-8902 (facsimile)
>
> By: _____ for
> John C. Rayson, Esq.
> Florida Bar No. 204153

3