UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO.00-6095-CIV-SEITZ/GARBER

**CLOSED CIVIL CASE**

FILED by _____ D.C.
MAR 21 2000
CLARENCE MADDOX
CLERK. U.S. DIST. CT.
S.D. OF FLA. MIAMI

PG&C LEASING, INC., a Florida
Corporation and FORT
LAUDERDALE NETWORK, INC.,
a Florida Corporation,

        Plaintiffs,

vs.

MULTICREDIT, INC., a Florida
corporation, *et al.*,

        Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER came before the Court on Plaintiff's Notice Of Voluntary Dismissal, filed February 24, 2000.

THE COURT has considered the above referenced Notice and the pertinent portions of the record and is otherwise fully advised. It is hereby

ORDERED that this case is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED. This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 20th day of March, 2000.

                                                  PATRICIA A. SEITZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided:
John C. Rayson, Esq.